# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> DAMIAN MINERVINI, <br><br> Defendant. | PO-19-5250-GF-JTJ <br><br> VIOLATION: 7354419 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $100 fine and $30 processing fee for violation 7354419 (for a total of $130), and for good cause shown,

IT IS ORDERED that the $130 fine ($100 fine and $30 processing fee) paid by the defendant is accepted as a full adjudication of violation 7354419.

IT IS FURTHER ORDERED that the initial appearance scheduled for December 5, 2019, is VACATED.

DATED this 25th day of November, 2019.

_____
John Johnston
United States Magistrate Judge